THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANTHONY PERRI,

                Plaintiff,

V.

BARRAK HUSSEIN OBAMA, President, of The
United States of America; ERIC HIMPTON HOLDER,
Attorney General, of The United States of America;
LORRETTA LYNCH, U.S. Attorney, of the Eastern
District of New York; ROBERT T. JOHNSON,
District Attorney for Bronx County New York;

                Defendants.

11 - 5214

ORIGINAL  AMON, CH.J.

COMPLAINT  BLOOM, M.J.

JURY TRAIL DEMANDED



RECEIVED
OCT 24 2011
PRO SE OFFICE

JURISDICTION

1. This Court has Jurisdiction of the Plaintiff's federal Claims Pursuant to the First, Fourth, Eighth & Fourteenth Amendments to the United States Constitution. In addition to 18 U.S.C. 1503; 42 U.S.C. 1985 (2) & (3);& 42 U.S.C. 1983. As well as, The Geneva Conventions & United Nations articles against Torture.

PARTIES

2. ANTHONY PERRI, Is The Plaintiff in this action. My address is: 111-66 43rd Avenue Corona, NY 11368. Tel: (646)924-5278.

3. BARRAK HUSSEIN OBAMA, Is a defendant in this action. His official address is: The White House 1600 Pennsylvania Avenue N.W., Washington, D.C. 20500.

4. ERIC HIMPTON HOLDER, Is The Attorney General of the United States of America. His official address is: The United States Department of Justice, 950 Pennsylvania Ave. N.W., Washington, D.C. 20530.

5. LORRETTA LYNCH, Is The United States Attorney of the Eastern District of New York. Her official address is: The United States Attorney's office, 271 Cadman Plaza East Brooklyn, NY 11201.

6. ROBERT T. JOHNSON, Is The District Attorney for Bronx County New York. His Official address is: The office of the District Attorney. 198 East 161 Street Bronx, New York 10451.

COMPLAINT

7. The Plaintiff, Anthony Perri, is an American Citizen. Born in the United States of America on September 23, 1962. In the City of Rochester and State of New York. I have been a resident of New York State for my entire life. I have never traveled outside of this Country for any reason in my entire life.

8. From January 10, 2011, until the present day, the first three above captioned defendants have used, ordered & covered for groups of New York City Police officers & United States Federal Agents, in addition to thousands of civilians, including my neighbors, &Landlords, to burn Gas and chemicals under and within my room, within my residence.

9. The So named defendants in addition had these Law enforcement officers & civilians poison my food in the supermarket, restaurants, and within my home. Tamper with my medical treatment & set me up in numerous acts of entrapment. The Entrapment includes Sexual acts, as well as, theft, intimidation & harassment.

10. Defendants Holder and Lynch used a case, alleged Ticket Fixing scandal in the Bronx District Attorney's office, and District Attorney Robert T. Johnson, as leverage against numerous New York City Police officers that have been used in this conspiracy over the past four years. This leverage was persuasion for the Police to continue to set me up. As well as, to keep them in line behind the so named defendants Obama, Holder, & Lynch. Robert T. Johnson was so informed in writing, but has continued this practice involving himself and his office in an effort to obstruct Justice in this case and is thus entered in this Federal Lawsuit.

11. Defendants Obama, Holder, & Lynch used me as leverage against America's foremost Law enforcement & Military Officers, both here in America and abroad, In the hunt for Osama bin Laden, The freeing of Two U.S. Citizens in the Country of Iran, The killing of a U.S. Citizen in the Country Yemen without charges by a drone rocket, the capture of fugitive Whitey Bolder after 16 years, & the capture of another U.S. fugitive, George Wright, after 41 yaers, In the Country of Portugal, all taking place this year while the torture of this Plaintiff has been going on.

12. The So named defendants held me in my current home, using Illegal aliens Guang Lin & Li Yu Giang, my current Landlords, to Poison the air that I breathe and the food I eat. They in addition used my next door neighbors to climb over and onto the rooftops of my home, into my window to Poison my food, tamper with my evidence and acts of intimidation. I am a hostage enduring torture within my own home.

13. Defendants Obama, Holder, & Lynch also threaten to kill me & my cat if I do not exit my home and interact sexually with their female decoys, Women & children, in acts of entrapment. To date, thousands of Women & children have been used to attack, harass

3

&set me up. These acts are then used against me and other Law Enforcement officers as leverage. These specific actions have been taking place from January 10, 2011, to the present day of October 21, 2011.

LEGAL CLAIMS

14. Defendants Obama, Holder, & Lynch have tried & sentenced me in a Court of their own Creation to death, incapacitation, or other disease without charges, a trial, or due process & equal protection of the Laws of this Country;

15. The so named defendants have a Custom, Policy, & Procedure within their administration That they kill American Citizens, without charges. In this case, in secret without knowledge of the public; there is a solid link to said Custom and the attack on this writer;

16. Defendants Obama, Holder, Lynch, & Johnson used an alleged ticket scandal involving New York City Police involved in this case not only as leverage, but to enrage these police against me by bringing Indictments against them on the specific dates of my Court filings.

17. The so named defendants used the Intelligence gathered by myself and other Law Enforcement officers over six years as their own, usurping this information, then Attacking this Plaintiff & setting me up to Jail, death, or brain damage.

18. The Obama administration has split the NYPD and other City and Federal agencies against eachother. In addition to turning them against me to attack & set me up;

19. The so named defendants used me against my will, while being subjected to Torture & set-Ups, as leverage against several foremost Law enforcement groups to extract inteligence & cover their own crimes and mistakes during the course of this Presidential administration.

RELIEF REQUESTED

20. For this Court to declare that the actions of the defendants in this case violate the Eighth Amendment to the United States Constitution against cruel & unusual punishment; My right to due process & equal protection of the Laws as proscribed by the Fourteenth Amendment to the United States Constitution.

21. For this Court to order an Injunction against the actions of the defendants in this case. And To order the so named to develop an appropriate treatment plan to restore my Constitutional rights.

22. For this Court to order the Defendants to develop a medical treatment plan to address the The severe emotional distress and many medical problems that I have developed over the time of this mistreatment. Further, for the Federal Government to incur all cost for my future medical treatment for any ailments that incur after these abusive actions against this Plaintiff.

23. For this Court to award ten million dollars in Compensatory damages; & forty million dollars in punitive damages from the defendants to the Plaintiff in this case.

24. For this Court to appoint effective assistance of counsel in this case at the earliest possible date.

25. For this Court to grant such and further relief that is equitable & just.

Dated: 10-24-11

*Anthony S. Perri* (signature)

Anthony S. Perri, Plaintiff, Pro Se,
111-66 43rd Ave. 2nd Floor
Corona, NY 11368
Tel: (646) 924-5278
Email:asperri21@yahoo.com